THOMAS M. KING et al., Respondents, *v.* JOHN H. POST, Impleaded, etc., Appellant.

(Argued April 16, 1889; decided May 3, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 11, 1889, which affirmed an order of Special Term punishing the defendant, John H. Post, for contempt.

*William B. Hornblower* for appellant.

*William W. MacFarland* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of MARY E. HYNES, as General Guardian, etc., of WILLIAM R. HYNES et al., Infants, for Leave to sell Real Estate of said Infants.

(Argued April 16, 1889; decided May 3, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 28, 1889, which reversed an order of Special Term correcting and amending a former order.

*David McClure* for appellant.

*Truman H. Baldwin* and *W. H. Secor* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., not voting.
Order affirmed.